587      In re Lower Lake Erie Iron Ore Antitrust Litigation

| Date | No. | Description |
|---|---|---|
| 84/02/21 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERT. OF SERVICE -- Defendants Consolidated Rail Corp. and The Penn Central Corp. -- NO SUGGESTED TRANSFEREE DISTRICT (cds) |
| 84/02/24 | | HEARING ORDER -- Setting motion of Consolidated Rail Corp. and The Penn Central Corp. to transfer of actions to a single district -- in Birmingham, Alabama on March 29, 1984 (emh) |
| 84/03/02 | | APPEARANCES: RICHARD T. COLMAN for Pinney Dock & Transport Co., Jones & Laughlin Steel, Inc. and Wheeling-Pittsburgh Steel Corp.; WILLIAM M. WYCOFF for Nat'l Steel Corp.; STUART W. GOLD for Republic Steel Corp.; BRUCE J. ENNIS for Wills Trucking, Inc. & C.D. Ambrosia Trucking Co., Inc.; KENNETH N. HART for The Penn Central Corp.; JOHN DOAR for Baltimore & Ohio Railroad Co., Chesapeake & Ohio Railway Co. & CSX Corp.; ELLEN A. EFROS for The Pittsburgh & Lake Erie Railroad Co.; RICHARD J. FLYNN for Norfolk & Western Railway Co., Norfolk Southern Corp. and NWS, Inc.; LAURENCE Z. SHIEKMAN for Consolidated Rail Corp.; KENNETH C. ANDERSON for Bessemer & Lake Erie Railroad Co. (emh) |
| 84/03/07 | | APPEARANCE -- Jerry S. Cohen for Tauro Brothers Trucking Co. and R. Weise Trucking, Inc. (emh) |
| 84/03/07 | 2 | RESPONSE -- Republic Steel Corp. -- w/cert. of svc. (emh) |
| 84/03/07 | 3 | RESPONSE -- Norfolk & Western Railway Co. -- w/cert. of svc. (emh) |
| 84/03/07 | 4 | RESPONSE/BRIEF -- Pltfs. Pinney Dock & Transport Co., Jones & Laughlin Steel, Inc., Wheeling-Pittsburgh Steel Corp., Nat'l Steel Corp. -- w/cert. of svc. (emh) |
| 84/03/07 | 5 | RESPONSE -- Chesapeake & Ohio Railway Co., Baltimore & Ohio Railroad Co., The Chessie System, Inc. and CSX Corp. -- w/cert. of svc. (emh) |
| 84/03/07 | 6 | RESPONSE -- Tauro Brothers Trucking Co. and R. Weise Trucking Inc. -- w/cert. of svc. (emh) |
| 84/03/07 | 7 | RESPONSE -- C.D. Ambrosia Trucking Co. and Wills Trucking, Inc. -- w/cert. of svc. (emh) |
| 84/03/07 | 8 | RESPONSE -- Bessemer and Lake Erie Railroad -- w/cert. of svc. (emh) |

JPML FORM 1A

**2**

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 587 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/03/12 | | AMENDED CERT. OF SVC. (Pldg. No. 2) -- Republic Steel (emh) |
| 84/03/12 | | APPEARANCE -- Clyde W. Armstrong for NATIONAL STEEL CORP. (emh) |
| 84/03/14 | 9 | REPLY BRIEF -- Penn Central Corp. and Consolidated Rail Corp. w/exhibits A thru F and cert. of svc. (ds) |
| 84/03/22 | 10 | LETTER -- Notice of Potential Tag-along Action (Reaney, et al. v. Chesapeake & Ohio Railway Co., et al., N.D.Ohio, C-84-877) filed by counsel for David Reaney -- w/svc. (emh) |
| 84/03/26 | 11 | LETTER (re anticipated substitution of counsel and further developments) -- signed by Stuart W. Gold, counsel for Republic Steel -- w/cert. of service (cds) |
| 84/03/26 | 12 | LETTER (re signee being on same committee as Judge Pointer) -- dated March 17, 1984 and signed by John Doar, counsel for defendants Baltimore & Ohio Railroad Co., the Chesapeake & Ohio Railway Co., Chessie System, Inc. and CSX Corp. -- w/service (cds) |
| 84/03/28 | | HEARING APPEARANCES: KENNETH N. HART, ESQ. for Penn Central Corp.; LAURENCE SHIEKMAN, ESQ. for Consolidated Rail Corp.; KENNETH ANDERSON, ESQ. for Bessemer and Lake erie Railroad Co.; ALAN J. HRUSKA, ESQ. for Republic Steel Corp.; JOHN DOAR, ESQ. for Baltimore & Ohio Railroad Co., Chesapeake & Ohio Railway Co., CSX Corp. and The Chessie Systems, Inc.; RICHARD T. COLMAN, ESQ. for Pinney Dock & Transport Co., Jones & Laughlin Steel Inc., Wheeling-Pittsburgh Steel Corp., National Steel Corp. (cds) |
| 84/03/27 | | WAIVERS OF ORAL ARGUMENT: C.D. Ambrosia Trucking, Wills Trucking Inc., et al.; Tauro Bros. Trucking Co., R. Weise Trucking, Inc., James H. Cowles; Norfolk & Western Railway Co., Norfolk Southern Corp., NWS, Inc. (cds) |
| 84/04/17 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to Judge Fullam -- signed by Chief Judge Luongo (cds) |
| 84/04/17 | | TRANSFER ORDER -- transferring A-1 through A-4, A-7 and A-8 and A-10 to the Eastern District of Pennsylvania for assignment to Judge John P. Fullam -- order also DENIES transfer of A-5 and A-6 and DEFERS decision regarding transfer of A-9 until further notice -- NOTIFIED INVOLVED JUDGES, CLERKS, RECIPIENTS AND COUNSEL (cds) |
| 84/05/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 Reaney, et al. v. Chesapeake & Ohio Railway Co.,Inc., N.D.Ohio, C.A. No. C84-877 -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **587** -- *p.3*

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/10 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-10 C.D. Ambrosia Trucking Co., Inc. v. Chesapeake & Ohio Railway Co., et al., E.D. Pennsylvania, C.A. No. 84-2012 (N.D. Ohio, C84-398) -- Order states after a ruling by Judge Thomas on motion for reconsideration the action would be transferred back to E.D.Pa., pursuant to the Panel's 4/17 order -- NOTIFIED PASL & involved judges. (emh) |
| 84/05/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-11 David W. Reaney, et al. v. Chesapeake & Ohio Railway Co., Inc., et al., N.D. Ohio, C.A. No. C84-877. Notified involved clerks and judges. (ds) |
| 84/05/29 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-10 C.D. Ambrosia Trucking Co., Inc. v. Chesapeake & Ohio Railway Co., Inc., et al., E.D.Pa., 84-2012 (N.D.Ohio, C84-398) -- ACTION REMANDED TO N.D. OHIO FOR THE LIMITED PURPOSE OF RULING ON A RECENTLY FILED MOTION FOR RECONSIDERATION, AFTER JUDGE THOMAS RULES ON THE MOTION, THE ACTION WOULD BE TRANSFERRED BACK TO THE E.D.PA. PURSUANT TO PANEL'S APRIL 17TH ORDER -- Notified involved judge and counsel (cds) |
| 84/05/30 | | TRANSFER ORDER FILED TODAY -- A-9 Tauro Brothers Trucking Co. v. Baltimore and Ohio Railroad Co., Inc., et al., N.D. Ohio, C.A. No. C83-778-Y to E.D. Pennsylvania assigned to J. Fullam for coordinated proceedings pursuant to 28 U.S.C. §1407. Notified involved judges, clerks, mics. recipients, and hearing clerk. (rh) |
| 84/05/31 | 13 | MOTION FOR RECONSIDERATION OF DECISION NOT TO TRANSFER TWO PENDING ACTIONS (A-5 and A-6) -- Colsolidated Rail Corp. -- w/Brief, Exhibits A-G & cert of service (cds) |
| 84/06/15 | 14 | RESPONSE/MEMORANDUM -- Chesapeake & Ohio Railway Co., Baltimore & Ohio Railroad Co., The Chessie System, Inc. and CSX Corp. -- w/cert. of svc. (emh) |
| 84/06/15 | 15 | RESPONSE -- Norfolk and Western Railway Co. -- w/exhibit and cert. of svc. (emh) |
| 84/06/15 | 16 | RESPONSE/BRIEF -- Pinney Dock & Transport Co. -- w/exhibit and cert. of svc. (emh) |
| 84/06/15 | 17 | RESPONSE -- Pltfs. Litton Industries, Inc., Litton Systems, Inc., Litton Great Lakes and Erie Marine, Inc. -- w/exhibit and cert. of svc. (emh) |
| ~~84/06/15~~ | ~~18~~ | ~~JOINT RESPONSE -- Jones & Laughlin Steel, Inc., Wheeling-Pittsburgh Steel, Inc., Republic Steel Corp., National Steel Corp., Willis Trucking, Inc., C.D. Ambrosia~~ emh |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/06/15 | 18 | JOINT RESPONSE -- Jones & Laughlin Steel, Inc., Wheeling-Pittsburgh Steel, Inc., Republic Steel Corp., National Steel Corp., Wills Trucking, Inc., C.D. Ambrosia Trucking Co., David W. Reaney, R. Weise Trucking, Inc. and Tauro Brothers Trucking Co. -- w/exhibit and cert. of svc. (emh) |
| 84/06/18 | 19 | RESPONSE -- Bessemer and Lake Erie Railroad Co. -- w/cert. of svc. (emh) |
| 84/06/22 | 20 | REPLY/BRIEF (to pldg. 13) -- Consolidated Rail Corp. -- w/cert. of svc. (emh) |
| 84/07/10 | | TRANSFER ORDER -- transferring A-10 C.D. Ambrosia Trucking Co., Inc. v. Chesapeake & Ohio Railway Co., et al., E.D. Pennsylvania, C.A. No. 84-2012 (N.D. Ohio, C.A. No. C84-398) originally transferred April 17, 1984, then action was remanded to N.D. Ohio for limited purpose -- Notified involved judges, clerks, and counsel. (rh) |
| 84/07/10 | | NORTHERN DISTRICT OF OHIO ORDER RE A-10 C.D. Ambrosia Trucking Co., Inc. v. Chesapeake & Ohio Railway Co., et al., E.D. Pennsylvania, C.A. No. 84-2012 (N.D. Ohio, C.A. No. C84-398) -- dated June 27, 1984 and signed by Judge Thomas (cds) |
| 84/08/13 | | ORDER DENYING MOTION FOR RECONSIDERATION -- of A-5 Pinney Dock & Transport Co. v. The Penn Central Corp., et al., N.D. Ohio, C80-1733 and A-6 Litton Industries, Inc., et al. v. Penn Central Corp., et al., N.D. Ohio, 81-372 -- NOTIFIED counsel, judges and clerks (emh) |
| 84/08/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Sharon Steel Corp. v. The Penn Central Corp., et al., D.D.C., C.A. No. 84-2528 -- Notified involved judges and counsel. (ds) |
| 84/09/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Sharon Steel Corporation v. The Penn Central Corporation, et al., District of Columbia, C.A. No. 84-2528 -- Notified involved judge and clerk (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 587 -- In re Lower Lake Erie Iron Ore Antitrust Litigation    p.5

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Erie Western Pennsylvania Port Authority, et al. v. Chesapeake & Ohio Railway Co., Inc., et al., W.D. Pennsylvania, C.A. No. 84-252-Erie. Notified involved counsel and judge (rh) |
| 84/10/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Erie Western Pennsylvania Port Authority, et al. v. Chesapeake & Ohio Railway Co., Inc., et al., W.D. Pennsylvania, C.A. No. 84-252-Erie. Notified involved clerks and judges. (emh) |
| 86/12/08 | 21 | MOTION/MEMORANDUM FOR RETRANSFER -- Of A-10, B-11 and B-13 -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF COLUMBIA OR EASTERN DISTRICT OF VIRGINIA -- Filed by Pltfs. David W. Reaney, et al., C.D. Ambrosia Trucking Co., Inc. and Erie-Western Pennsylvania Port Authority, et al. -- w/cert. of svc. (rh) |
| 86/12/08 | 22 | REQUEST FOR ORAL ARGUMENT AT THE HEARING OF JANUARY 29, 1987 -- (SEE PLDG. #21) Filed by Pltfs. David W. Reaney, et al., C.D. Ambrosia Trucking Co., Inc. and Erie-Western Pennsylvania Port Authority, et al. -- w/cert. of svc. (rh) |
| 86/12/09 | 23 | AMENDED MOTION/MEMORANDUM TO RETRANSFER -- (to pldg. #21 to include A-7, A-8 and A-9) -- Filed by pltfs. David W. Reaney, et al., C.D. Ambrosia Trucking Co., Inc., Erie-Western Pennsylvania Port Authority, et al. -- w/cert. of svc. (rh) |
| 86/12/09 | 24 | AMENDED REQUEST FOR ORAL ARGUMENT AT THE HEARING OF JANUARY 29, 1987 -- (to pldg. #22) Filed by pltfs. David W. Reaney, et al., C.D. Ambrosia Trucking Co., Inc., Erie-Western Pennsylvania Port Authority, et al. -- w/cert. of svc. (rh) |
| 86/12/19 | 25 | LETTER -- Request for Oral Argument on Jan. 29, 1987 -- or request to be considered on the basis of papers submitted (rule 13) -- Filed by pltfs. C.D. Ambrosia Trucking Co., Inc., David W. Reaney, et al., and Erie Western Pennsylvania Port Authority, et al. -- w/ exhibits and svc. of cert. (rh) |
| 86/12/23 | 26 | RESPONSE -- (to pldg. #21) Defts. Consolidated Rail Corp., The Baltimore & Ohio Railroad Co., The Chesapeake & Ohio Railway Co., The Chessie Systems, Inc., CSX Corp., Bessemer & Lake Erie Railroad Co., Norfolk & Western Railway Co., Norfolk Southern Corp. and NWS, Inc. -- w/cert. of svc. (rh) |
| 86/12/24 | 27 | RESPONSE (to pldg. #23) -- pltfs. LTV Steel Corporation Company, Inc., Wheeling Pittsburgh Steel Corp., National Steel Corp. -- w/cert. of svc. (tmq) |
| 86/12/24 | 28 | RESPONSE (to Pldg. #23) Defendant The Penn Central Corporation -- W/cert. of Svc. (paa) |
| 87/01/06 | 29 | REPLY/MEMORANDUM -- (to pldg. #23) Plaintiffs David W. Reaney, et al., C.D. Ambrosia Trucking Co., Inc., Erie-Western Pennsylvania Port Authority, et al. -- W/Schedule "A" & certificate of service. (paa) |

JPML FORM 1A

B.6.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __ --

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/02/06 | | ORDER -- (Motion for Retransfer was Denied of A-2, A-3, A-4, A-7, A-8, A-9, A-10, B-11, B-12 and B-13) -- Notified involved counsel, judge and clerks (rh) |
| 94/04/20 | 30 | SUGGESTION OF REMAND -- Signed by Judge John P. Fullam in the Eastern District of Pennsylvania (dated 3/28/94) - Toledo World Terminal, Inc. v. Bessemer & Lake Erie Railroad, Inc., E.D. Pennsylvania, C.A. No.2:84-2010 (N.D. Ohio, C.A. No. 1:82-759) (nng) |
| 94/04/20 | | CONDITIONAL REMAND ORDER FILED TODAY -- (re: pldg. #30) Toledo World Terminal, Inc. v. Bessemer & Lake Erie Railroad, Inc., E.D. Pennsylvania, C.A. No. 2:84-2010 (N.D. Ohio, C.A. No. 1:82-759 - Notified involved counsel and judge (nng) |
| 94/05/05 | 31 | MOTION/BRIEF -- Plaintiff Toledo World Terminal, Inc., et al. for Extension of time to designate what portion of record to be remanded re: RPJPML Rule 14 -- w/cert. of svc. (cgf) |
| 94/05/06 | | CONDITIONAL REMAND ORDER FINAL TODAY -- Toledo World Terminal, Inc. v. Bessemer & Lake Erie Railroad, Inc., E.D. Penn., C.A. No. 2:84-2010 (N.D. Ohio, C.A. No. 1:82-759) - Notified involved judge & clerks (lg) |
| 94/05/06 | 32 | REMAND ORDER AND EXTENSION OF TIME -- Toledo World Terminal, Inc., et al. v. Bessemer & Lake Erie Railroad, Inc., E.D. Penn., C.A. No. 2:84-2010 (N.D. Ohio, C.A. No. 1:82-759) - EXTENSION GRANTED to all parties to and including 6/20/94 to furnish to transferee district clerk contents of the record - Notified involved counsel, clerks & judge (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 587 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Lower Lake Erie Iron Ore Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/29/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 17, 1984 | TO | Unpubhished | E.D. Pa. | John P. Fullam | |

Special Transferee Information

Tracy Chao
597-7769

DATE CLOSED: 7/18/89

Actually closed on 7/9/89
files in retirement in
Pa. E

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 587 -- In re Lower Lake Erie Iron Ore Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jones & Laughlin Steel Inc. v. The Penn Central Corp., et al. | D.C. Harris | 83-1688 | 4/17/84 | 84-2135 | 7/19/89 | |
| A-2 | Wheeling-Pittsburgh Steel Corp. v. The Penn Central Corp., et al. | D.C. Harris | 83-3317 | 4/17/84 | 84-2138 | 7/19/89 | |
| A-3 | National Steel Corp. v. The Penn Central Corp., et al. | D.C. Harris | 83-3328 | 4/17/84 | 84-2134 | 7/19/89 | |
| A-4 | Republic Steel Corp. v. The Penn Central Corp., et al. | N.Y., S. Sand | 83Civ.4413 (LBS) | 4/17/84 | 84-2079 | 7/19/89 | |
| A-5 | Pinney Dock & Transport Co. v. The Penn Central Corp., et al. | Ohio, N. Thomas | C80-1733 | NOT TRANSFERRED | | | |
| A-6 | Litton Industries, Inc., et al. v. Penn Central Corp., et al. | Ohio, N. Thomas | C81-372 | NOT TRANSFERRED | | | |
| A-7 | Wills Trucking, Inc., et al. v. Baltimore and Ohio Railroad Co., Inc., et al. | Ohio, N. Thomas | C82-759 | 4/17/84 | 84-2010 | 7/19/89 5-6-94-R | |
| A-8 | R. Weise Trucking, Inc., et al. v. Baltimore and Ohio Railroad Co., Inc. et al. | Ohio, N. Thomas | C82-3816 | 4/17/84 | 84-2011 | 5/11/88 D | |
| A-9 | Tauro Brothers Trucking Co. v. Baltimore and Ohio Railroad Co., Inc. et al. | Ohio, N. Thomas | C83-778-Y | 5-30-84 | 84-2781 | 7/19/89 | |
| A-10 | C.D. Ambrosia Trucking Co., Inc. v. Chesapeake & Ohio Railway Co., Inc., et al. | Ohio, N. Thomas | C84-398 | 4/17/84 | 84-2012 | 7/19/89 | Judgment |

DOCKET NO. 587 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | David W. Reaney, et al. v. Chesapeake & Ohio Railway Co., Inc., et al. 5/7/84 | N.D. Ohio Thomas | C84-877 | 5/23/84 | 84-2722 | 6/27/89 | |
| | July 1984 - 9 TR/ 9 Pdg. | | | | | | |
| B-12 | Sharon Steel Corp. v. The Penn Central Corp., et al., 8/31/84 | D.C. Harris | 84-2528 | 9-A-84 | 84-5562 | 7/19/89 | |
| B-13 | Erie Western Pennsylvania Port Authority, et al. v. Chesapeake & Ohio Railway Co., Inc., et al. 10-11-84 | W.D. Pa. Wilson | 84-252 Erie | 10/29/84 | 84-5760 | 7/19/89 | ✓ |

July 1985 - 2 TR/ 11 Pdg.
July 1986 - Same
July 1987 - Same
July 1988 - Same
July 1989 - 1 Dis/ 10 Pdg.
July 1990 - 2 Dis/ 8 Pending
July 1991 - 8 dis/ [illegible] Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 587 -- In re Lower Lake Erie Iron Ore Antitrust Litigation

---

JONES & LAUGHLIN STEEL INC. (A-1)
WHEELING-PITTSBURGH STEEL CORP. (A-2)
REPUBLIC STEEL CORP. (A-4)
Richard T. Colman, Esquire
Howrey & Simon
1730 Pennsylvania Avenue, N.W.
Washington, D.C.  20006

NATIONAL STEEL CORP. (A-3)
Clyde W. Armstrong, Esquire
Thorp, Reed & Armstrong
One Riverfront Center
Pittsburgh, Pennsylvania  15222

WILLS TRUCKING, INC., ET AL. (A-7)
C.D. AMBROSIA TRUCKING CO., INC. (A-10)

Michael Spurlock, Esq.
Berry & Spurlock
275 E. State St.
Columbus, OH  43215

---

R. WEISE TRUCKING, INC., ET AL. (A-8)
TAURO BROTHERS TRUCKING CO. (A-9)
Jerry S. Cohen, Esquire
Kohn, Milstein, Cohen &
  Hausfeld
1401 New York Avenue, N.W.
Suite 600
Washington, D.C.  20006

THE PENN CENTRAL CORP.
Kenneth N. Hart, Esquire
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, New York  10112

BALTIMORE & OHIO RAILROAD CO.
CHESAPEAKE & OHIO RAILWAY CO.
CSX CORP.
John Doar, Esquire
233 Broadway, 11th Floor
New York, New York  10279

THE PITTSBURGH & LAKE ERIE
  RAILROAD CO.
Ellen A. Efros, Esquire
Vorys, Sater, Seymour & Pease
1828 L Street, N.W., Suite 1111
Washington, D.C.  20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 587 -- _____

| | |
|---|---|
| NORFOLK & WESTERN RAILWAY CO.<br>NORFOLK SOUTHERN CORP.<br>NWS, INC.<br>Richard J. Flynn, Esquire<br>Sidley & Austin<br>1722 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>CONSOLIDATED RAIL CORP. DEFTs LC<br>Laurence A. Shiekman, Esq.<br>Pepper, Hamilton & Scheetz<br>3000 Two Logan Square<br>18th & Arch Sts.<br>Philadelphia, PA 19103-4000<br><br>BESSEMER & LAKE ERIE RAILROAD CO.<br>James Dick, Esq.<br>Squire, Sanders & Dempsey<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br><br>THE CHESSIE SYSTEMS, INC.<br>John Doar, Esquire<br>(already listed)<br><br>DAVID W. REANEY, ET AL. (B-11)<br>Bruce J. Ennis, Esq.<br>(same counsel as A-7,10)<br><br>Frank Moore, Esq.<br>21851 Center Ridge Road<br>Suite 207<br>Rocky River, Ohio 44116<br><br>SHARON STEEL CORPORATION (B-12)<br>William M. Wycoff, Esquire<br>(Same as A-3)<br><br>Peter C. Blasier, Esquire<br>One Riverfront Center<br>Pittsburgh, Pennsylvania 15222<br><br>Preston T. Scott, Esquire<br>1667 K. Street, N.W.<br>Suite 700<br>Washington, D.C. 20006 | Malvin G. Sander, Esquire<br>Pennsylvania Engineering Corp.<br>Thirty-Second Street<br>Pittsburgh, Pennsylvania 15201<br><br>ERIE WESTERN PENNSYLVANIA PORT<br>AUTHORITY, ET AL. (B-13)<br>Bruce J. Ennis, Esq.<br>(Same as A-7)<br><br>Wallace J. Knox, Esquire<br>Knox, Graham, McLaughlin, Gornall<br>  & Sennett<br>120 West Tenth Street<br>Erie, Pa. 16501<br><br>I. John Dunn, Esquire<br>Dunn & Conner<br>1111 G. Daniel Baldwin Bldg.<br>Erie, Pa. 16501 |

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 587 -- In re Lower Lake Erie Iron Ore Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Chesapeake & Ohio Railway Co., Inc. | A-1, ... , B-11, B-12, B-13 |
| Baltimore and Ohio Railroad Co., Inc. | A-1, ... , B-11, B-12, B-13 |
| CSX Corporation, Inc. | A-1, ... , B-11, B-12, B-13 |
| Norfolk & Western Railway Company, Inc. | A-1, ... , B-11, B-13 |
| Bessemer and Lake Erie Railroad Company, Inc. | B-11, B-12, B-13 |
| Consolidated Rail Corporation, Inc. | B-11, B-12, B-13 |
| The Penn Central Corporation, Inc. | A-1, ... , B-11, B-12, B-13 |
| Norfolk Southern Corporation | |
| Pittsburgh & Lake Erie Railroad Co. | A-7 |
| The Chessie System, Inc. | A-1 |
| NWS, Inc. | A-1 |